FARM CREDIT BANK OF ST.
LOUIS, Respondent,

v.

Gregory B. BEGGS and Grace D.
Beggs, Appellants.

No. WD 43285.

Missouri Court of Appeals,
Western District.

April 9, 1991.

Phillip C. Brown, Moberly, for appellants.

Joseph M. Ellis, Moberly, for respondent.

Before TURNAGE, P.J., and
LOWENSTEIN and BRECKENRIDGE, JJ.

## ORDER

PER CURIAM:

Appeal from judgment in partition. Judgment affirmed. Rule 84.16(b).